JOHN P. LeCRONE (State Bar No. 115875)
 johnlecrone@dwt.com
CAMILO ECHAVARRIA (State Bar No. 192481)
 camiloechavarria@dwt.com
NICOLE SANDOZ (State Bar No. 260992)
nicolesandoz@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California  90017-2566
Telephone:  (213) 633-6800
Fax:  (213) 633-6899

Attorneys for Defendant
PLAYBOY ENTERPRISES
INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE FRYE, an individual suing on behalf of himself, and the putative class, | CASE NO. CV11-09186 JHN (MRWx) |
| Plaintiff, | **NOTICE OF RELATED CASE** |
| vs. | **(L.R. 123)** |
| PLAYBOY ENTERPRISES INTERNATIONAL, INC. and DOES 1 through 500 | Assigned to the Hon. Jacqueline H. Nguyen |
| Defendants. | Action Filed:  September 30, 2011 |

NOTICE OF RELATED CASE
DWT 18528100v1 0061612-000016

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Please take notice that the instant action, *Steve Frye v. Playboy Enterprises International, Inc.* is related to the following action: David Long, Jr. v. Playboy Enterprises International, Inc., Case No. CV11-02128 JAK (AJWx)(the "Long" case).

The earliest-filed case is the Long case, which was filed on January 31, 2011 and is now pending before the Honorable John A. Kronstadt in Courtroom 790 of the United States District Court of California, Central District.

The Long case and the instant case are related on the following grounds:

(a)  The Defendant in the instant case and the Long case are the same,

(b)  The claims in the instant case are based on similar statutes and alleged facts at issue in the Long case.

(c)  The claims in the instant case and the Long case arise from closely related transactions, happenings, or events.

(d)  The claims in the instant case and the Long case call for determination of the same or substantially related or similar questions of law and fact.

(e)  The claims in the instant case and the Long case for other reasons would entail substantial duplication of labor if heard by different judges.


DATED:  November 8, 2011

DAVIS  WRIGHT  TREMAINE  LLP
JOHN P. LeCRONE
CAMILO ECHAVARRIA
NICOLE M. SANDOZ



By: /s/ *John P. LeCrone*
                   John P. LeCrone

Attorneys for Defendant
PLAYBOY ENTERPRISES
INTERNATIONAL, INC.

NOTICE OF RELATED CASE
DWT 18528100v1 0061612-000016

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899