NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE FRYE., an individual suing on behalf of himself, and all the putative class,<br><br>               Plaintiff,<br><br>vs.<br><br>PLAYBOY ENTERPRISES INTERNATIONAL, INC. and DOES 1 through 500,<br><br>               Defendants. | Case No. **CV11-09186 JAK (AJWx)**<br><br>*Related To: CV11-02128 JAK (AJWx)*<br><br>**[CLASS ACTION]**<br><br>**ORDER DENYING STIPULATION TO STAY BUT CONTINUING DATES PENDING RULING ON MOTION FOR RECONSIDERATION AND APPEAL (IF NECESSARY) IN RELATED CASE**<br><br>Judge:    Hon. John A. Kronstadt |

# ORDER

Based on the Stipulation To Stay Action Pending Ruling On Motion For Reconsideration And Appeal (If Necessary) In Related Case filed by Plaintiff Steve Frye ("Plaintiff") and defendant Playboy Enterprises International, Inc. ("Defendant"), the Court ORDERS AS FOLLOWS:

The Court denies the stipulation to stay the action but will continue the dates as follows, which is based on the filing of a motion for reconsideration in Related Case No. CV11-02128 JAK, which shall be set for hearing on June 11, 2012 at 8:30 a.m.:

| Date | Event |
|---|---|
| June 18, 2012 at 1:30 p.m.: | Status Conference re Stay/Dates |
| August 6, 2012 at 8:30 a.m.: | Hearing on motion for summary judgment |
| September 10, 2012 at 8:30 a.m.: | Hearing on class certification motion |
| December 10, 2012: | Initial Expert Disclosures |
| December 17, 2012: | Non Expert Discovery Cut Off |
| December 31, 2012: | Rebuttal Expert Disclosures |
| January 21, 2013: | Expert Discovery Cut Off |
| February 4, 2013: | Last day to hear motions |
| March 4, 2013 at 3:00 p.m.: | Final Pretrial Conference and Motions in Limine |
| March 15, 2013 at 3:00 p.m.: | Exhibit Conference |
| March 19, 2013 at 9:00 a.m.: | Jury Trial (est. 3 weeks) |

**IT IS SO ORDERED,**

DATED: April 4, 2012

_____
Honorable John A. Kronstadt
United States District Judge