# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV11-09186 JAK (AJWx) | Date | July 26, 2012 |
| Title | Steve Frye v. Playboy Enterprises International, Inc., et al. | | |

Present: The Honorable  **JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE**

| Andrea Keifer | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER GRANTING STAY AND PLACING CASE ON COURT'S INACTIVE CALENDAR (DKT. 18)
**JS-6: Stayed/Inactive Calendar**

The Court has reviewed the parties' Joint Status Report (Dkt. 18) and grants the request to stay the matter pending the appeal in the related case of *David Long, Jr. v. Playboy Enterprises International, Inc.*, Case no. LA CV11-02128 JAK (AJWx). The Court places this matter on its inactive calendar pending the outcome of the appeal. Counsel shall continue to file a joint status report every 90 days, with the first one due on October 24, 2012, and shall notify the Court, in writing within 10 days of a decision on the appeal and/or when the matter should be reinstated to the Court's active calendar.

The July 30, 2012 Status Conference is taken off calendar.

**IT IS SO ORDERED.**

                                                                                                                                            :

Initials of Preparer    ak