ERIK C. JENKINS (State Bar No. 188264)
FULLER JENKINS
11975 El Camino Real, Suite 200
San Diego, CA  92130
Telephone: (858) 450-4050
Fax: (858) 450-4051

Attorneys for Plaintiff STEVE FRYE


JOHN P. LeCRONE (State Bar No. 115875)
 johnlecrone@dwt.com
CAMILO ECHAVARRIA (State Bar No. 192481)
 camiloechavarria@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, California  90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendant
PLAYBOY ENTERPRISES
INTERNATIONAL, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE FRYE., an individual suing on behalf of himself, and all the putative class,<br><br>             Plaintiff,<br><br>    vs.<br><br>PLAYBOY ENTERPRISES INTERNATIONAL, INC. and DOES 1 through 500,<br><br>             Defendants. | Case No. **CV11-09186 JAK (AJWx)**<br><br>*Related To:  CV11-02128 JAK (AJWx)*<br><br>**[CLASS ACTION]**<br><br>**JOINT STIPULATION FOR DISMISSAL**<br><br>[Proposed] Order filed concurrently herewith<br><br>Judge:     Hon. John A. Kronstadt |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Steve Frye ("Plaintiff"), on the one hand, and defendant Playboy Enterprises International, Inc. ("Defendant"), on the other hand, through undersigned counsel for Plaintiff and Defendant, that the entire action shall be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Each party to bear his/its own attorneys' fees and costs.

DATED: April 9, 2014   FULLER JENKINS
           ERIK C. JENKINS


           By */s/ Erik C. Jenkins*
            Erik C. Jenkins
           Attorneys for Plaintiff
           STEVE FRYE


DATED:  April 9, 2014   DAVIS WRIGHT TREMAINE LLP
           JOHN P. LeCRONE
           CAMILO ECHAVARRIA


           By: */s/ Camilo Echavarria*
            Camilo Echavarria
           Attorneys for Defendant
           PLAYBOY ENTERPRISES
           INTERNATIONAL, INC.