UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE FRYE., an individual suing on behalf of himself, and all the putative class,<br><br>Plaintiff,<br><br>vs.<br><br>PLAYBOY ENTERPRISES INTERNATIONAL, INC. and DOES 1 through 500,<br><br>Defendants. | Case No. **CV11-09186 JAK (AJWx)**<br><br>*Related To: CV11-02128 JAK (AJWx)*<br><br>**[CLASS ACTION]**<br><br>**ORDER GRANTING STIPULATION TO DISMISS ACTION**  <mark>**JS-6**</mark><br><br>Judge:    Hon. John A. Kronstadt |

ORDER DISMISSING ACTION

Error! Unknown document property name.

## **ORDER**

Based on the parties' stipulation for dismissal with prejudice, pursuant to FRCP 41(a)(1)(A)(ii), the Court hereby dismisses the action with prejudice. Each party shall bear his/its own costs and attorneys' fees.

**IT IS SO ORDERED,**

DATED: April 10, 2014

_____
Honorable John A. Kronstadt
United States District Judge

ORDER DISMISSING ACTION
**Error! Unknown document property name.**

1